HAASE, Appellant, v. SEABERT, Respondent. (Supreme Court, Appellate Division, Second Department. May 25, 1915.) Action by Sophie Haase against Alexander Seabert.

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order of the County Court of Kings County denying motion for reargument affirmed. Order granting motion for further bill of particulars reversed, with $10 costs and disbursements. In view of the pleadings as framed, a further bill of particulars is unnecessary, and the order granting it unauthorized. Plaintiff relies solely upon the agreement of indebtedness arising from the statement and settlement of accounts and the promise to pay the amount so ascertained. The defendant in his answer contents himself with denying the settlement and promise, without undertaking to impeach the accounts with reference to which the settlement was arrived at. His special defenses do not touch the question here involved. Wells v. Van Aken, 39 Hun, 315; Herbert v. Hellbut, 119 App. Div. 426, 104 N. Y. Supp. 699.

HAM et al., Appellants, v. NEW YORK TELEPHONE CO., Respondents. (Supreme Court, Appellate Division, Fourth Department. April 28, 1915.) Action by Henry Ham and another against the New York Telephone Company. No opinion. Appeal dismissed, without costs, upon stipulation filed.

HANNAN, Appellant, v. CARY, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 5, 1915.) Action by Edward H. Hannan against Thomas Cary. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. See Myers v. Lederer, 119 App. Div. 332, 104 N. Y. Supp. 236, and Bulkley v. Whiting Mfg. Co., 136 App. Div. 479, 121 N. Y. Supp. 159.

HARLEY, Respondent, v. PLANT et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 25, 1915.) Action by James Harley against Hannah E. Plant, executrix, and another. No opinion. Motion denied, without costs. See, also, 152 N. Y. Supp. 1116.

HARRIS, Respondent, v. GLYNDON CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by Samuel Harris against Glyndon Contracting Company. No opinion. Order unanimously affirmed, with costs. See, also, 164 App. Div. 896, 148 N. Y. Supp. 1119.

HARRISON v. KANE et al. (Supreme Court, Appellate Division, Third Department. May 28, 1915.) In the matter of the claim of James E. Harrison for compensation to himself under the Workmen's Compensation Law (Consol. Laws, c. 67), in which Thomas F. Kane, employer, and the Fidelity & Casualty Company of New York, insurance carrier, appeal. No opinion. Award affirmed. All concur.

In re HARTNETT. (Supreme Court, Appellate Division, Third Department. May 28, 1915.) In the matter of the claim of Daniel J. Hartnett for compensation under the Workmen's Compensation Law (Consol. Laws, c. 67), in which the Thomas J. Skeen Company, employer, and the Employers' Liability Assurance Corporation, Limited, insurance carrier, appeal. No opinion. Award affirmed. All concur.

HEBBARD v. AMERICAN SHEET METAL LATH CO. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Action by Harvey W. Hebbard against the American Sheet Metal Lath Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 152 N. Y. Supp. 1083.

HENDERSON, Respondent, v. BRODZKY, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by William Henderson against Maurice Brodzky, as executor of Theodore B. Dale, deceased. No opinion. Orders affirmed, with $10 costs and disbursements.

In re HERMANNI. (Supreme Court, Appellate Division, Second Department. May 14, 1915.) In the matter of the appraisal under the Transfer Tax Acts of the property of Elise K. Hermanni, deceased. No opinion. Order of the Surrogate's Court of Kings County, affirmed, with $10 costs and disbursements.

HERSHOWITZ, Respondent, v. FEINSTEIN et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 17, 1915.) Action by Minnie Hershowitz against Morris Feinstein and Harris H. Feinstein. No opinion. Judgment affirmed by default, with costs.

HICKS, Respondent, v. COCKS et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 17, 1915.) Action by John J. Hicks against James H. Cocks and John S. Burke. No opinion. Motion denied, with $10 costs. See, also, 153 N. Y. Supp. 776.

HILBERG, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 12, 1915.) Action by John W. Hilberg against the Erie Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that the verdict of the jury is against the weight of the evidence on the question of plaintiff's contributory negligence.

KRUSE, P. J., dissents.